Min K. Kang
mkang@hinshawlaw.com
Stacy R. Goldscher
sgoldscher@hinshawlaw.com
HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Defendant, UNITED FINANCIAL CASUALTY COMPANY, a California Corporation

JS-6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CALIFORNIA**

MHER KHACHATRYAN,

Plaintiff,

vs.

UNITED FINANCIAL CASUALTY COMPANY, a California Corporation, and DOES 1 through 50, inclusive,

Defendants.

Case No. 2:26-cv-02357-RAO

[Honorable: Rozella A. Oliver – Courtroom 590]

**[~~PROPOSED~~] ORDER TO JOINT STIPULATION REGARDING AMOUNT IN CONTROVERSY**

Complaint Filed: 03/05/2026

**[~~PROPOSED~~] ORDER**

WHEREAS, the Court, having considered the Parties' Stipulation Regarding Remand and Damages;

IT IS HEREBY ORDERED:

That the stipulation is GRANTED, and this action shall be remanded back to Los Angeles Superior Court.

///

///

///

///

**IT IS SO ORDERED.**

DATED: 10/14/26

Rozella A. Oliver

The Hon. Rozella A. Oliver
United States District Court



HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

# CERTIFICATE OF SERVICE

***Mher Khachatryan v. United Financial Casualty Company et al***

**Case No. 2:26-cv-02357-RAO**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 350 South Grand Ave., Suite 3600, Los Angeles, CA 90071-3476.

On October 13, 2026, I served the document(s) entitled **[PROPOSED] ORDER TO JOINT STIPULATION REGARDING AMOUNT IN CONTROVERSY**, on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**SEE ATTACHED SERVICE LIST**

☒ **(BY CM/ECF SERVICE)**: I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and was executed on October 13, 2026, at Los Angeles, California.

*/s/ Lorena Hernandez*
Lorena Hernandez



HINSHAW & CULBERTSON LLP
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
213-680-2800

**SERVICE LIST**

Law Offices of Armine Markosyan
Armine Markosyan
417 Arden Avenue, Ste. 114-D
Glendale, CA 91203
Tel: 818-937-9788
Fax: 818-937-9388
Email: armine@markosy.com

Attorneys for Plaintiff, MHER KHACHATRYAN